# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2008

135114

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SERGIA G. LIGON,
        Defendant-Appellant.

SC: 135114
COA: 267806
Wayne CC: 05-005640-01

_____/

On order of the Court, the application for leave to appeal the August 28, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.

KELLY, J., would grant leave to appeal regarding the accomplice instruction issue, for the reasons set forth in her concurring opinion in *People v Young*, 472 Mich 130, 144 (2005).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2008

_____
Clerk

s0319